No. 58692.—Southern Distributing Company v. United States, protests 161630–K, etc. (Cleveland).

Opinion by LAWRENCE, J.   It was stipulated that the merchandise consists of internal-combustion gasoline engines, carburetor type, or parts thereof, in chief value of metal, imported separately or in a knocked-down condition, with saws or together with an assortment of saw parts, and that the merchandise is the same in all material respects as the engines, imported with saws, the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525).   Upon the agreed statement of facts and following the cited authority, the claim of the plaintiff was sustained.

No. 58693.—R. M. Bowden Smith v. United States, protest 199281–K (Philadelphia).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiff was sustained.

No. 58694.—Radio Corp. of America, RCA Victor Div. v. United States, protests 154267–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiff was sustained.